**Order entered October 24, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00278-CV

### MOHAMED MOHAMED, INDIVIDUALLY
### AND ON BEHALF OF A.M., A MINOR, Appellants

### V.

### THE BLAZE, INC., GLENN BECK, CENTER FOR SECURITY POLICY, JIM HANSON, FOX TELEVISION STATIONS LLC, BEN FERGUSON, BEN SHAPIRO, AND BETH VAN DUYNE, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12579**

## ORDER

Before the Court is appellants' October 20, 2017 unopposed motion to partially dismiss the appeal. Appellants have settled this dispute with appellees TheBlaze Inc. and Glenn Beck. We **GRANT** the motion and dismiss appellees TheBlaze Inc. and Glenn Beck from this appeal. This appeal remains pending as to appellants and appellees Center for Security Policy, Jim Hanson, Fox Television Stations LLC, Ben Ferguson, Ben Shapiro, and Beth Van Duyne.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE